Argued and submitted March 31, affirmed June 23, 1993

STATE OF OREGON,
*Respondent,*

*v.*

DAVID JAMES REARDON,
*Appellant.*

(C91-11-35720; CA A74243)

853 P2d 1372

David E. Groom, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

J. Dean Taylor, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Rossman and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged in a five-count indictment. He pled guilty to unauthorized use of a vehicle, ORS 164.135, and burglary in the second degree, ORS 164.215, and the state dismissed the other counts pursuant to plea negotiations. Defendant challenges the departure sentences imposed. The sentences resulted from the plea agreement, and, under ORS 138.222(2)(d), we may not review his claim of error. *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156 (1993).

Affirmed.